UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER AND JAMES BAKER,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDMAN, SACHS & CO., THE GOLDMAN SACHS GROUP, INC., and THE GOLDMAN, SACHS & CO. L.L.C.,<br><br>Defendants. | Civil Action No. 09-10053-PBS |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to FED. R. CIV. P. 12(b)(6) and 9(b), the defendants Goldman, Sachs & Co., The Goldman Sachs Group, Inc., and The Goldman, Sachs & Co. L.L.C. move to dismiss the plaintiffs' complaint for failure to state a claim upon which relief may be granted, and for failure to plead fraud with particularity. The defendants rely upon the accompanying Memorandum of Law filed herewith.

-2-

**REQUEST FOR ORAL ARGUMENT**

      Pursuant to LR 7.1(d), Defendants request a hearing to assist the Court in its resolution of this Motion.

By their attorneys,

/s/ John D. Donovan, Jr.
John D. Donovan, Jr. (BBO# 130950)
Annmarie A. Tenn (BBO# 658789)
Matthew L. McGinnis (BBO# 666120)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Fax: (617) 951-7050

Of Counsel:
Paul Vizcarrondo
Wachtell, Lipton Rosen & Katz
51 West 52nd Street
New York, New York 10019

john.donovan@ropesgray.com
annmarie.tenn@ropesgray.com
matthew.mcginnis@ropesgray.com

*Counsel for Goldman, Sachs & Co., The Goldman Sachs Group, Inc. and The Goldman, Sachs & Co. L.L.C.*

Dated: February 27, 2009

## LOCAL RULE 7.1(a)(2) CERTIFICATE

Pursuant to LR 7.1(a)(2), the undersigned counsel certifies that counsel for the defendants have conferred with counsel for the plaintiffs and have attempted in good faith to resolve or narrow the issues in this Motion, but have been unable to do so.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 27, 2009.

        /s/ John D. Donovan, Jr.
        John D. Donovan, Jr.