```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| JANET BAKER, ET AL.,<br>   Plaintiffs,<br><br>    v.<br>GOLDMAN, SACHS & CO., ET AL.,<br>   Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 09-10053-PBS<br>)<br>) |

**ORDER OF RECUSAL**

March 10, 2009

Saris, U.S.D.J.

  Pursuant to 28 U.S.C. § 455(a), I inform the parties that Ropes & Gray provides my husband and me with personal accounting, trust/estate, tax, charitable and financial disclosure services. It is not representing me in any litigation, and I have been assured that there is an internal policy that no lawyer working on my personal matters will ever be involved in a case pending before me. The firm has also erected a Chinese wall barring access to my personal data.

  I am not required to disqualify myself from litigation in which Ropes & Gray appears pursuant to 28 U.S.C. § 455(b), but my impartiality might reasonably be questioned pursuant to 28 U.S.C. § 455(a). I am bringing this information to the attention of counsel so that they may inquire and, after consultation with the client, determine whether to waive any objections pursuant to 28 U.S.C. § 455(e). See Canon 3D of the Code of Conduct for United States Judges (remittal of disqualification); II Administrative

Office of the U.S. Courts, *Guide to Judicial Policies and Procedures*, Ch. V, § 3.6-2 (June 15, 1999, revised through November 7, 2001) (compendium); <u>In re Cargill</u>, 66 F.3d 1256 (1st Cir. 1995).  Any objection should be filed within one week.

                                                 **S/PATTI B. SARIS**
                                                 United States District Judge