UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
JANET BAKER and JAMES BAKER,    )
            Plaintiffs          )
                                )
v.                              )    Civil Action No. 09-10053-PBS
                                )
GOLDMAN SACHS & CO., et al      )
_____)
```

DISCOVERY ORDER

November 3, 2010

Saris, U.S.D.J.

After hearing, plaintiffs' objections to the Magistrate Judge's Discovery Orders of September 7, 2010 are **SUSTAINED IN PART** and **DENIED IN PART** [Doc. # 46]. Defendant shall produce all substantive communications related to L&H or Dragon made to or by its trading group during the relevant time period, as well as the trading group's conflict of interest policy. Plaintiff's objection with regard to the Magistrate Judge's ruling regarding defendant's trading of L&H securities, specifically its status as a market maker or proprietor trader, is **DENIED** without prejudice. However, plaintiffs may ask questions on this topic at the depositions and renew the request with a better explanation of the relevancy of the volume of the trading in L&H stock. With respect to all of the remaining orders, plaintiffs' objections are **DENIED** as the magistrate judges' ruling was not clearly erroneous.

/s/ PATTI B. SARIS
United States District Judge