UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JANET BAKER AND JAMES BAKER,     )
                    Plaintiffs   )
                                 )
v.                               )
                                 )Civil Action No. 09-10053-PBS
                                 )
GOLDMAN SACHS & CO., et al.,     )
                    Defendants.  )
                                 )
_____  )
                                 )
ROBERT ROTH and PAUL G. BAMBERG, )
                    Plaintiffs   )
                                 )
                                 )
v.                               )
                                 )Civil Action No. 10-10932-PBS
GOLDMAN SACHS & CO.,             )
             Defendant and       )
     Third-Party Plaintiff,      )
                                 )
v.                               )
                                 )
JANET BAKER AND JAMES BAKER,     )
         Third-Party Defendants. )
_____  )
```

## VERDICT

Saris, U.S.D.J.

*Answer questions 1 through 28.*

### I. Negligent Performance of Services

1. (a) Did Plaintiff Janet Baker prove her claim of negligent performance of services against Goldman Sachs?

   Yes _____   No ___✓___

1. (b) If you answered yes to Question 1(a), did Janet Baker prove that the negligent performance of services caused her

damages?

        Yes _____  No _____

2. (a) Did Plaintiff Jim Baker prove his claim of negligent performance of services against Goldman Sachs?

        Yes _____  No ✓

2. (b) If you answered yes to Question 2(a), did Jim Baker prove that the negligent performance of services caused his damages?

        Yes _____  No _____

3. (a) Did Plaintiff Paul Bamberg prove his claim of negligent performance of services against Goldman Sachs?

        Yes _____  No ✓

3. (b) If you answered yes to Question 3(a), did Paul Bamberg prove that the negligent performance of services caused his damages?

        Yes _____  No _____

4. (a) Did Plaintiff Robert Roth prove his claim of negligent performance of services against Goldman Sachs?

        Yes _____  No ✓

4. (b) If you answered yes to Question 4(a), did Robert Roth prove that the negligent performance of services caused his damages?

        Yes _____  No _____

**II. Gross Negligence**

5. (a) Did Plaintiff Janet Baker prove her claim of gross negligence against Goldman Sachs?

Yes _____ No ___✓_____

5. (b) If you answered yes to Question 5(a), did Janet Baker prove that the gross negligence caused her damages?

Yes _____ No _____

6. (a) Did Plaintiff Jim Baker prove his claim of gross negligence against Goldman Sachs?

Yes _____ No ___✓_____

6. (b) If you answered yes to Question 6(a), did Jim Baker prove that the gross negligence caused his damages?

Yes _____ No _____

7. (a) Did Plaintiff Paul Bamberg prove his claim of gross negligence against Goldman Sachs?

Yes _____ No ___✓_____

7. (b) If you answered yes to Question 7(a), did Paul Bamberg prove that the gross negligence caused his damages?

Yes _____ No _____

8. (a) Did Plaintiff Robert Roth prove his claim of gross negligence against Goldman Sachs?

Yes _____ No ___✓_____

8. (b) If you answered yes to Question 8(a), did Robert Roth prove that the gross negligence caused his damages?

Yes _____ No _____

### III. Intentional Misrepresentation

9. (a) Did Plaintiff Janet Baker prove her claim of intentional misrepresentation against Goldman Sachs?

   Yes _____   No ___✓___

9. (b) If you answered yes to Question 9(a), did Janet Baker prove that the intentional misrepresentation caused her damages?

   Yes _____   No _____

10. (a) Did Plaintiff Jim Baker prove his claim of intentional misrepresentation against Goldman Sachs?

    Yes _____   No ___✓___

10. (b) If you answered yes to Question 10(a), did Jim Baker prove that the intentional misrepresentation caused his damages?

    Yes _____   No _____

11. (a) Did Plaintiff Paul Bamberg prove his claim of intentional misrepresentation against Goldman Sachs?

    Yes _____   No ___✓___

11. (b) If you answered yes to Question 11(a), did Paul Bamberg prove that the intentional misrepresentation caused his damages?

    Yes _____   No _____

12. (a) Did Plaintiff Robert Roth prove his claim of intentional misrepresentation against Goldman Sachs?

Yes _____   No \_\_✓\_\_\_

12. (b) If you answered yes to Question 12(a), did Robert Roth prove that the intentional misrepresentation caused his damages?

Yes _____   No _____

### IV. Negligent Misrepresentation

13. (a) Did Plaintiff Janet Baker prove her claim of negligent misrepresentation against Goldman Sachs?

Yes _____   No \_\_✓\_\_\_

13. (b) If you answered yes to Question 13(a), did Janet Baker prove that the negligent misrepresentation caused her damages?

Yes _____   No _____

14. (a) Did Plaintiff Jim Baker prove his claim of negligent misrepresentation against Goldman Sachs?

Yes _____   No \_\_✓\_\_\_

14. (b) If you answered yes to Question 14(a), did Jim Baker prove that the negligent misrepresentation caused his damages?

Yes _____   No _____

15. (a) Did Plaintiff Paul Bamberg prove his claim of negligent misrepresentation against Goldman Sachs?

Yes _____   No \_\_✓\_\_\_

15. (b) If you answered yes to Question 15(a), did Paul

Bamberg prove that the negligent misrepresentation caused his damages?

        Yes _____  No _____

16. (a) Did Plaintiff Robert Roth prove his claim of negligent misrepresentation against Goldman Sachs?

        Yes _____  No ✓

16. (b) If you answered yes to Question 16(a), did Robert Roth prove that the negligent misrepresentation caused his damages?

        Yes _____  No _____

## V. Breach of Fiduciary Duty

17. (a) Did Plaintiff Janet Baker prove her claim of breach of fiduciary duty against Goldman Sachs?

        Yes _____  No ✓

17. (b) If you answered yes to Question 17(a), did Janet Baker prove that the breach of fiduciary duty caused her damages?

        Yes _____  No _____

18. (a) Did Plaintiff Jim Baker prove his claim of breach of fiduciary duty against Goldman Sachs?

        Yes _____  No ✓

18. (b) If you answered yes to Question 18(a), did Jim Baker prove that the breach of fiduciary duty caused his damages?

        Yes _____  No _____

**VI. Damages**

19. If you found that Plaintiffs proved any of the above claims against Goldman and that the proven claim(s) caused their damages, what amount of damages do you find that Plaintiffs proved were caused by Goldman Sachs' wrongful conduct?

    (A) Janet Baker      $_____

    (B) Jim Baker      $_____

    (C) Paul Bamberg      $_____

    (D) Robert Roth      $_____

**VII. Comparative Negligence**

20. If you found that Goldman Sachs was liable for negligent performance of services, gross negligence, negligent misrepresentation or breach of fiduciary duty, do you find that any of the Plaintiffs engaged in comparative negligence that proximately caused their own damages? If so, what percentage of the harm (1% - 100%) was caused by each party?

(A1) Janet Baker      _____ YES      _____ NO

(A2) If yes, Janet Baker _____% + Goldman Sachs _____% = 100%

(B1) Jim Baker      _____ YES      _____ NO

(B2) If yes, Jim Baker _____% + Goldman Sachs _____% = 100%

(C1) Paul Bamberg      _____ YES      _____ NO

(C2) If yes, Paul Bamberg _____% + Goldman Sachs _____% = 100%

(D1) Robert Roth      _____ YES      _____ NO

(D2) If yes, Robert Roth ____% + Goldman Sachs ____% = 100%

## VIII. Third-Party Contribution

21.(a) Did Goldman Sachs prove that Janet Baker made negligent misrepresentation(s) to Paul Bamberg?

Yes __✓__ No _____

21.(b) If you answered yes to Question 21(a), did Goldman Sachs prove that her negligent misrepresentation(s) caused Paul Bamberg's damages?

Yes __✓__ No _____

22.(a) Did Goldman Sachs prove that Janet Baker made negligent misrepresentation(s) to Robert Roth?

Yes __✓__ No _____

22.(b) If you answered yes to Question 22(a), did Goldman Sachs prove that her negligent misrepresentation(s) caused Robert Roth's damages?

Yes __✓__ No _____

23.(a) Did Goldman Sachs prove that Jim Baker made negligent misrepresentation(s) to Paul Bamberg?

Yes _____ No __✓__

23.(b) If you answered yes to Question 23(a), did Goldman Sachs prove that his negligent misrepresentation(s) caused Paul Bamberg's damages?

Yes _____ No _____

24.(a) Did Goldman Sachs prove that Jim Baker made negligent

misrepresentation(s) to Robert Roth?

    Yes _____   No ___✓___

24.(b) If you answered yes to Question 24(a), did Goldman Sachs prove that his negligent misrepresentation(s) caused Robert Roth's damages?

    Yes _____   No __~~▓~~___

25.(a) Did Goldman Sachs prove that Janet Baker breached her fiduciary duty to Paul Bamberg?

    Yes ___✓___   No _____

25.(b) If you answered yes to Question 25(a), did Goldman Sachs prove that her breach of fiduciary duty caused Paul Bamberg's damages?

    Yes ___✓___   No _____

26.(a) Did Goldman Sachs prove that Janet Baker breached her fiduciary duty to Robert Roth?

    Yes ___✓___   No _____

26.(b) If you answered yes to Question 26(a), did Goldman Sachs prove that her breach of fiduciary duty caused Robert Roth's damages?

    Yes ___✓___   No _____

27.(a) Did Goldman Sachs prove that Jim Baker breached his fiduciary duty to Paul Bamberg?

    Yes ___✓___   No _____

27.(b) If you answered yes to Question 27(a), did Goldman

Sachs prove that his breach of fiduciary duty caused Paul Bamberg's damages?

Yes __✓__   No _____

28.(a) Did Goldman Sachs prove that Jim Baker breached his fiduciary duty to Robert Roth?

Yes _____   No __✓__

28.(b) If you answered yes to Question 28(a), did Goldman Sachs prove that his breach of fiduciary duty caused Robert Roth's damages?

Yes _____   No _____

I certify that the jury unanimously agrees with all the above answers.

_____
JURY FOREPERSON

Dated: 1/23/2013